[No. 12210-3-II. Division Two. August 22, 1990.]

COHEN REALTY, INC., *Appellant*, v. FIRST RAINIER CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 87-2-00964-1, Nile E. Aubrey, J., entered July 15, 1988. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, C.J., and Mitchell, J. Pro Tem.

[Nos. 12721-1-II; 12823-3-II; Division Two. August 22, 1990.]
12722-9-II; 12766-1-II;
12723-7-II; 12824-1-II.

*In the Matter of* LAKE STEILACOOM.

*In the Matter of* GRAVELLY LAKE.

*In the Matter of* LAKE LOUISE.

Appeals from judgments of the Superior Court for Pierce County, Nos. 227849, 140345, 169977, Donald H. Thompson, J., entered April 3 and 12, 1989. *Reversed* by unpublished opinion per Wieland, J. Pro Tem., concurred in by Alexander, C.J., and Zellmer, J. Pro Tem.